UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ALTA FRESH, LLC, dba CHELAN FRESH MARKETING, | ) ) ) | NO. CV-09-0370-LRS |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| -vs- | ) ) | |
| EPICOR SOFTWARE CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties (Ct. Rec. 6) filed June 8, 2010, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 16th day of June, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER